IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OTTO ROUSSEAU,

        Plaintiff,

v.                                                                        No. CIV 08-383 JB/LAM

CARL CLELAND, PPD, et al.,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (hereinafter, "PF&RD"), filed on June 18, 2009 (Doc. 46). Neither Plaintiff Otto Rousseau nor the Defendants have filed objections to the PF&RD, and the deadlines for doing so have passed. The Court has determined that it will adopt the PF&RD and dismiss Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. 1) and this case without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted. Consequently, the Court will deny Defendants' Motion for Summary Judgment (*Doc. 36*) as moot.

**IT IS ORDERED** that: (I) the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 46) are adopted by the Court; and (ii) that the Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. 1) is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted; and (iii) that the Defendants' Motion for Summary Judgment (Doc. 36) is denied as moot. A judgment dismissing this case without prejudice will be entered concurrently with this Order.

_____
UNITED STATES DISTRICT JUDGE